UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRAIG SIMMONS and CASSANDRA SIMMONS, as individuals, | ) ) | Civil No. 09cv1245 JAH(JMA) |
| | ) | **ORDER VACATING HEARING** |
| Plaintiffs, | ) | **DATE** |
| v. | ) | |
| COUNTRYWIDE HOME LOANS, INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| | ) | |

After a careful review of the pleadings presented in support of, and in opposition to, defendant Countrywide Home Loans, Inc.'s motion to dismiss [doc. # 18], this Court deems the motion suitable for adjudication without oral argument.  *See* CivLR 7.1(d.1). Accordingly, IT IS HEREBY ORDERED that the date of September 28, 2009 set for hearing the motion is VACATED and the motion is taken under submission.  This Court will issue its written ruling on the motion in due course.

DATED:      September 22, 2009

_____

JOHN A. HOUSTON
United States District Judge

09cv1245